# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-36

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $84,301.39 IN UNITED STATES ) | |
| CURRENCY AND $20,541.00 IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| **Defendants.** ) | |

**BEFORE THE COURT** is Bill Homer Watson's Motion to Stay the Proceedings pursuant to 18 U.S.C. § 981(g)(2)(A). (Doc. 7). The Government does not oppose the motion. (Doc. 8). Accordingly, the motion is **GRANTED** for the grounds stated therein.

**IT IS, THEREFORE, ORDERED THAT**

(1) Bill Homer Watson's Motion to Stay the Proceedings (Doc. 7) is **GRANTED;** and

(2) The case is **STAYED** pending resolution of the related criminal investigation or case.

Signed: May 8, 2015

Richard L. Voorhees
United States District Judge